## STATEMENT OF FACTS

      On Tuesday, May 9, 2006, at about 11:30 p.m., sworn officers with the Metropolitan Police Department's Seventh District heard gunshots in the 700 block of Yuma Street, S.E., Washington, D.C. Officers went to the 800 block of Barnaby Street, S.E., where they saw the defendant, Wendell Harris-Rorie, sitting in a car with another individual. As officers approached the car to talk with the defendant, the defendant rolled up his window, and refused to talk with officers. After placing a phone call on his cellular phone, the defendant got out of the car and tried to run. Officers saw what appeared to be the handle of a pistol protruding from under the driver's seat. When officers announced that there was possibly a gun under the seat, the defendant attempted to run again. Officers recovered a loaded Rock Island Army .45 caliber semi-automatic pistol from under the defendant's seat. Officers showed the gun to the defendant's mother, who is the registered owner of the car. She stated that she did not own a gun and that she hadn't seen the pistol before. Officers placed the defendant under arrest. To the best of the undersigned officer's knowledge, defendant Wendell Harris-Rorie has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court for the District of Columbia, Criminal Case No. 04-204. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such a crime. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize it again in the future. To the best of this officer's knowledge, there are no Rock Island Armory .45 caliber semi-automatic handguns nor ammunition manufactured in the District of Columbia.

                                                  OFFICER ROBERT OVERMYER
                                                  SEVENTH DISTRICT, MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF MAY, 2006.

                                                   U.S. MAGISTRATE JUDGE